**FILED**

**May 02, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099

# SEALED

6  Attorneys for Plaintiff
   United States of America

7

8          IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  1:24-cr-00090-NODJ-BAM

12                     Plaintiff,      MOTION AND PROPOSED ORDER TO
                                       SEAL INDICTMENT
13          v.

14  TIMOTHY AUSTIN PANUCO,

15                     Defendant.

16

17

18          The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20  on May 2, 2024, charging the above defendant with a violation of 18 U.S.C. § 2252(a)(2) –

21  Receipt of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. §§ 2253(a) –

22  Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either

23  in custody or has been given bail on these offenses; and further order that until such time

24  as the defendant is in custody or has been given bail, that no person shall disclose the

25  finding of the Indictment

26  / / /

27  / / /

28  / / /

Motion to Seal Indictment                    1

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: May 2, 2024                     Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                              By      /s/ Brittany M. Gunter
                                       BRITTANY M. GUNTER
                                       Assistant U.S. Attorney


        IT IS SO ORDERED.

Dated:  May 2, 2024                    _____
                                        STANLEY A. BOONE
                                        U.S. Magistrate Judge