PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY AUSTIN PANUCO,<br><br>　　　　　　　Defendant. | CASE NO. 1:24-CR-00090-NODJ-BAM<br><br>MOTION TO UNSEAL CASE |

　　　The government moves the Court to unseal the Indictment and all other filings in this case. On May 3, 2024, the defendant was arrested. He will make his initial appearance on May 6, 2024. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: May 3, 2024

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　　　BRITTANY M. GUNTER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>TIMOTHY AUSTIN PANUCO,<br><br>                Defendant. | CASE NO. 1:24-CR-00090-NODJ-BAM<br><br>ORDER TO UNSEAL CASE |

    Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated:  **May 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE