1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   TIMOTHY PANUCO

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:24-cr-00090-JAM-BAM

12                Plaintiff,
                                       **STIPULATION AND ORDER TO SET
13  vs.                                BRIEFING SCHEDULE AND HEARING
                                       DATE**
14  TIMOTHY AUSTIN PANUCO,

15                Defendant.

16

17        IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Timothy Panuco, that a briefing schedule and

20  hearing date on Mr. Panuco's motion to revoke, filed on July 18, 2024 (*see* Dkt. #23) may be set

21  as follows:

22        • Government opposition to be filed by close of business on July 22, 2024

23        • Any defense reply to be filed by close of business on July 24, 2024

24        • Motion to revoke hearing to be set on July 30, 2024, at 9:00 a.m. before the

25          Honorable John A. Mendez, United States District Court Judge

26        Time has previously been excluded by the parties to September 11, 2024. *See* Dkt. #22.

27  The parties further agree that the delay resulting from the filing of Mr. Panuco's motion to

28  revoke on July 18, 2024, to the hearing proposed herein on July 30, 2024, shall be excluded

under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion,

through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

*See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: July 19, 2024                    */s/ Brittany Gunter*
                                       BRITTANY GUNTER
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: July 19, 2024                    */s/ Reed Grantham*
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       TIMOTHY PANUCO

1

**O R D E R**

2      A briefing schedule on the motion to revoke detention order is hereby set in accordance

3   with the above. The government opposition is to be filed by close of business on **July 22, 2024**.

4   Any defense reply is to be filed by close of business on **July 24, 2024**. A hearing on the motion

5   is hereby **SET** for **July 30, 2024, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of

6   the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge

7   John A. Mendez.

8      Time shall be **EXCLUDED** between July 18, 2024, and July 30, 2024, under 18 U.S.C. §

9   3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the

10  conclusion of any hearing on the motion, and the prompt disposition of the motion.

11     **IT IS SO ORDERED.**

12

13   Dated: July 22, 2024                    /s/ John A. Mendez

14                                            THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28