PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TIMOTHY AUSTIN PANUCO,<br><br>            Defendant. | Case No: 1:24-CR-00090-JAM-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Reed Grantham, counsel for Timothy Austin Panuco ("the defendant"), that this action's **Wednesday, September 11, 2024, status conference be continued to Wednesday, December 11, 2024, at 1:00 p.m.**  The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on May 2, 2024. ECF 1. Since that time, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules.

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

2. The government provided the defense with supplemental discovery on May 9, July 3, August 12, and August 22, 2024.  The defense is and has been reviewing discovery thus far provided.

3. The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act.  The government will nevertheless follow up with law enforcement to determine the extent supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accord with Rule 16.

4. Defense counsel and a defense expert are scheduled to review electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act on October 15 and 16.  The defense is also continuing its review of the discovery in this case and conducting additional investigation.

5. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

6. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. The parties therefore stipulate that the period of time from September 11, 2024, through December 11, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  September 3, 2024                               PHILLIP A. TALBERT
                                                        United States Attorney

                                                By:  /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
                                                        Assistant United States Attorney


Dated: September 3, 2024                         By:  /s/ REED GRANTHAM
                                                        REED GRANTHAM
                                                        Attorney for Defendant
                                                        Timothy Austin Panuco


## O R D E R

IT IS ORDERED that the status conference currently set for September 11, 2024, at 1:00 pm is continued until **December 11, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from September 11, 2024, through December 11, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:   **September 4, 2024**                 /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT