|     |     |
| --- | --- |
| 1   | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2   | REED GRANTHAM, CA SBN #294171<br>Assistant Federal Defender |
| 3   | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4   | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5   | Fax: (559) 487-5950 |
| 6   | Attorneys for Defendant<br>TIMOTHY PANUCO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00090-JAM-BAM |
| --- | --- |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| vs. | |
| TIMOTHY PANUCO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Timothy Panuco, that the status conference currently scheduled for March 26, 2025, at 1:00 p.m. may be continued to May 14, 2025, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The defense is in the process of reviewing the discovery in this case, discussing the discovery with his client, and researching and investigating all aspects of this case. The defense is also in receipt of an offer from the government and is discussing this offer with his client. Additional time is required for counsel for Mr. Panuco to complete the above. Accordingly, the parties are in agreement to continue this matter to May 14, 2025, for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes

that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: March 18, 2025                 /s/ Brittany Gunter
                                     BRITTANY GUNTER
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 18, 2025                 /s/ Reed Grantham
                                     REED GRANTHAM
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     TIMOTHY PANUCO

**O R D E R**

IT IS SO ORDERED. The status conference currently scheduled for March 26, 2025, at 10:30 a.m. is hereby continued to **May 14, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. <u>However, in any request for a continuance, the parties shall explain when they will be ready to set a trial date.</u>

IT IS SO ORDERED.

Dated:   **March 18, 2025**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE