1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   TIMOTHY PANUCO

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:24-cr-00090-JAM-BAM

12              Plaintiff,             STIPULATION TO VACATE STATUS
                                       CONFERENCE, SET BRIEFING SCHEDULE,
13  vs.                                AND HEARING DATE; AND ORDER

14  TIMOTHY PANUCO,

15              Defendant.

16

17       IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Timothy Panuco, that the status conference

20  currently set for May 14, 2025, at 1:00 p.m. may be vacated, and that a briefing schedule and

21  hearing date be set on a defense motion to suppress as set forth below:

22       • Defense motion to suppress to be filed on or by June 6, 2025

23       • Government opposition to be filed on or by July 3, 2025

24       • Any defense reply to be filed on or by July 25, 2025

25       • Motion to dismiss hearing to be set on August 19, 2025, at 9:00 a.m. before the

26         Honorable John A. Mendez, United States District Court Judge

27       The parties agree that the delay resulting from the filing of Mr. Panuco's motion to

28  suppress to the hearing proposed herein on August 19, 2025, shall be excluded under 18 U.S.C. §

1    3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the

2    conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18

3    U.S.C. § 3161(h)(1)(D).

4
                                           Respectfully submitted,
5

6                                          MICHELE BECKWITH
                                           Acting United States Attorney
7

8    Date: May 7, 2025                     */s/ Brittany Gunter*
                                           BRITTANY GUNTER
9                                          Assistant United States Attorney
                                           Attorney for Plaintiff
10

11                                         HEATHER E. WILLIAMS
                                           Federal Defender
12

13   Date: May 7, 2025                     */s/ Reed Grantham*
                                           REED GRANTHAM
14                                         Assistant Federal Defender
                                           Attorney for Defendant
15                                         TIMOTHY PANUCO

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS SO ORDERED. The status conference previously set for May 14, 2025, at 1:00

p.m. is hereby vacated. A briefing schedule on Mr. Panuco's motion to suppress is hereby set in

accordance with the above. The defense motion to suppress is to be filed on or by June 6, 2025.

The government opposition is to be filed on or by July 3, 2025. Any defense reply is to be filed

on or by July 25, 2025. A hearing on the motion is hereby set for **August 19, 2025, at 9:00 a.m.**

**before the Honorable John A. Mendez, United States District Court Judge**.

Time shall be excluded to August 19, 2025, under 18 U.S.C. § 3161(h)(1)(D) because the

delay results from the filing of a pretrial motion, through the conclusion of any hearing on the

motion, and the prompt disposition of the motion.


IT IS SO ORDERED.


Dated:   **May 7, 2025**                     /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

Panuco – Stipulation                    3