1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO: 1:24-CR-00090-JAM-BAM
12 | Plaintiff, | STIPULATION TO CONTINUE MOTION TO SUPPRESS HEARING AND BRIEFING SCHEDULE; ORDER
13 | v. |
14 | TIMOTHY AUSTIN PANUCO, |
15 | Defendant. |

16

17    THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

18 United States Attorney Brittany M. Gunter, counsel for the government, and Reed Grantham, counsel

19 for Timothy Austin Panuco ("the defendant"), that 1) **the motion to suppress hearing be continued to**

20 **September 23, 2025**; 2) **the filing deadline for the opposition to the motion to suppress be**

21 **continued to August 15, 2025**; and 3) **the deadline for the reply be continued to September 9, 2025**.

22 The parties likewise ask the court to endorse this stipulation by way of formal order.

23    The parties base this stipulation on good cause. Specifically,

24    1. On May 7, 2025, the Court set a briefing schedule and hearing date related to the defendant's

25       motion to suppress. The motion was to be filed by June 6; the opposition was to be filed by

26       July 3; and any reply was to be filed by July 25. ECF 42. The Court set the case for a

27       hearing on the motion to suppress on August 19. ECF 42.

28

1

2. On June 6, the defendant filed his motion to suppress. ECF 43.

3. On June 27, defense counsel informed the government that he could no longer be available for the motions hearing as currently set on August 19. Defense counsel has a case—*United States v. Shana Gaviola et al*—in which trial is set for August 19, the date of the motions hearing currently set in this case. *See United States v. Shana Gaviola et al*, 1:22-CR-00233-JLT-SKO, at ECF 100. Defense counsel anticipates the *Gaviola* trial will proceed as set on August 19. Accordingly, he cannot appear for the hearing on the motion to suppress in this case on the same date.

4. The parties conferred about a new date for the hearing on the motion to suppress. The parties also conferred about their trial schedules and the ability to meet the briefing schedule deadlines for the opposition and reply as currently set. The parties agreed that additional time is needed to prepare the opposition and reply. Based on the need for more time and defense counsel's unavailability for the motion hearing as currently set, the parties jointly request that the Court continue 1) **the motion to suppress hearing from August 19 to September 23**; 2) **the filing deadline for the opposition from July 3 to August 15**; and 3) **the filing deadline for the reply from July 25 to September 9**.

5. The parties conferred with the courtroom deputy for the Honorable John A. Mendez about the new proposed date for the hearing. The courtroom deputy confirmed the Court's availability for September 23.

6. The parties agree that the delay resulting from the filing of the defendant's motion to suppress to the new hearing date proposed herein of September 23, 2025, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial

///

///

///

2

motion, through the conclusion of the hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

IT IS SO STIPULATED.

Dated: June 30, 2025                                MICHELE BECKWITH
                                                    Acting United States Attorney

                                            By:   /s/ BRITTANY M. GUNTER
                                                    BRITTANY M. GUNTER
                                                    Assistant United States Attorney

Dated: June 30, 2025                        By:   /s/ REED GRANTHAM
                                                    REED GRANTHAM
                                                    Counsel for Defendant

## O R D E R

IT IS ORDERED that:

1) the hearing on the defendant's motion to suppress is continued to **September 23, 2025, at 9:00 a.m. before the Honorable John A. Mendez, United States District Court Judge**;

2) the deadline for filing any opposition to the motion to suppress is continued to **August 15, 2025**; and

3) the deadline for filing any reply is continued to **September 9, 2025**.

Time shall be excluded through September 9, 2025, pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **June 30, 2025**                   /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

3