ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TIMOTHY AUSTIN PANUCO,<br><br>                    Defendant. | Case No: 1:24-cr-00090-JAM-BAM<br><br>**STIPULATION AND ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Reed Grantham, counsel for Timothy Austin Panuco ("the defendant"), that **a status conference be set for December 9, 2025, at 9:00 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On September 30, 2025, the Court issued an order denying the defendant's motion to suppress. ECF 43, 49. At the hearing related to the motion to suppress, the Court ordered the parties to file a stipulation to set the next court appearance. ECF 48.

2. The parties conferred about their availability and request that the Court set a status

STIPULATION TO SET STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

conference on December 9, 2025, at 9:00a.m. The parties cleared this date with the courtroom deputy.

3. In light of the Court's ruling on the motion to suppress, defense counsel needs time to determine whether any additional investigation is needed for the case and consult with the defendant about the case and his options. Defense counsel believes that failure to grant the above-requested time between now and December 9 to prepare and consult with the defendant would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. By the time of the status conference, the parties further intend to explore the extent this case can be resolved prior to trial.

5. The parties therefore stipulate that the period of time from October 1, 2025, through December 9, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 1, 2025

ERIC GRANT
United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: October 1, 2025

By: /s/ REED GRANTHAM
REED GRANTHAM
Attorney for Defendant
Timothy Austin Panuco

**O R D E R**

IT IS ORDERED that a **Status Conference** is **SET** for **Tuesday, December 09, 2025, at 9:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS FURTHER ORDERED THAT the period of time from October 01, 2025, through December 09, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 01, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE