HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TIMOTHY PANUCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00090-JAM-BAM |
|---|---|
| Plaintiff, | **FIFTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| TIMOTHY AUSTIN PANUCO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Timothy Panuco, that the status conference currently scheduled for December 9, 2025, at 9:00 a.m. may be continued to February 24, 2026, at 9:00 a.m.

The Court, pursuant to a stipulation submitted by the parties on October 1, 2025, set this matter for a status conference on December 9, 2025. Subsequently, on October 31, 2025, counsel for Mr. Panuco had a trial set in another matter to begin on December 3, 2025, that is expected to last approximately 6 days.[1] Counsel is now anticipating being in trial in Fresno on the date of the status conference currently scheduled in this matter. In light of this, counsel has communicated with government counsel who is in agreement to continue the status conference in this matter. At

---

[1] Counsel for Mr. Panuco is also counsel in *United States v. Julio Sandoval*, 1:22-cr-233-JCC.

this time, the defense has reviewed the discovery in this case and has discussed the discovery with his client. The defense is also in receipt of an offer from the government and is discussing this offer with his client. Moreover, counsel for both parties anticipate meeting and conferring regarding a possible resolution and require additional time to have those discussions.

Accordingly, the parties are in agreement to continue this matter to February 24, 2026, for a further status conference. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to February 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: December 1, 2025

/s/ Brittany Gunter
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 1, 2025

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
TIMOTHY PANUCO

Panuco – Stipulation to Continue Status Conference

2

# **O R D E R**

**IT IS SO ORDERED.** The time period to February 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The December 09, 2025 status conference is hereby **CONTINUED** to **February 24, 2026, at 9:00 a.m.,** in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Dated:  December 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE