ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>TIMOTHY AUSTIN PANUCO,<br><br>                         Defendant. | Case No: 1:24-cr-00090-JAM-EPG<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME BETWEEN FEBRUARY 24, 2026, AND MARCH 03, 2026** |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Reed Grantham, counsel for Timothy Austin Panuco ("the defendant"), that the period of time from February 24, 2026, through March 3, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On January 20, 2026, the Court issued a minute order resetting the status conference for this case from February 24, 2026, to March 3, 2026, on the Court's own motion. ECF 55.

2. The parties are continuing to engage in plea negotiations. Defense counsel intends to use the

1

STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

time between now and the March 3, 2026, status conference to continue his review of the case, discuss the case with the defendant, and discuss the government's plea offer with the defendant.

3.   The parties therefore stipulate that the period of time from February 24, 2026, through March 3, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court on its own motion and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  January 26, 2026                              ERIC GRANT
                                                     United States Attorney


                                             By:  /s/ BRITTANY M. GUNTER
                                                     BRITTANY M. GUNTER
                                                     Assistant United States Attorney


Dated: Januaruy 26, 2026                     By:  /s/ REED GRANTHAM
                                                     REED GRANTHAM
                                                     Attorney for Defendant
                                                     Timothy Austin Panuco

## O R D E R

IT IS ORDERED THAT the period of time from February 24, 2026, through and including March 03, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court on its motion and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


Dated: January 28, 2026
                                                     JOHN A. MENDEZ,
                                                     SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT