ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:24-cr-00090-JAM-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE THE TRIAL CONFIRMATION HEARING AND TRIAL DATES AND TO SET A FURTHER STATUS CONFERENCE** |
| v. | |
| TIMOTHY AUSTIN PANUCO, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Kresta Daly, counsel for Timothy Austin Panuco ("the defendant"), that 1) **the trial confirmation hearing on June 2, 2026, and the trial on July 13 be vacated**, and 2) **a status conference be set for June 30, 2026.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. On March 3, 2026, fhe Court set a trial confirmation hearing for June 2, 2026, and a trial for July 13, 2026. ECF 58. The Court excluded time through July 13, 2026. ECF 58.

2. On May 15, 2026, the defendant's prior counsel filed a motion to withdraw as counsel. ECF

1

STIPULATION TO SET STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

59.  The Court granted the order the same day and appointed Ms. Daly as the defendant's new counsel.  ECF 59.

3.  Ms. Daly needs time to consult with the defendant, review the discovery, determine whether additional investigation needs to be conducted, and prepare for trial.  Ms. Daly will also need time to determine whether to consult with an expert.

4.  The parties conferred about their availability and request that the Court set a status conference on June 30, 2026, and vacate the trial confirmation hearing and trial as currently set.  The courtroom deputy indicated the June 30, 2026, date is available.

5.  Defense counsel believes that failure to grant the request to vacate the trial and set a status conference would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.  The Court previously excluded time through July 13, 2026.

IT IS SO STIPULATED.

Dated:  May 21, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                  By:  /s/ BRITTANY M. GUNTER
                                                        BRITTANY M. GUNTER
                                                        Assistant United States Attorney


Dated: May 21, 2026                               By:  /s/ KRESTA DALY
                                                        KRESTA DALY
                                                        Attorney for Defendant
                                                        Timothy Austin Panuco

2

STIPULATION TO SET STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

# O R D E R

IT IS ORDERED that the trial confirmation hearing set for June 2, 2026, and the trial set for July 13, 2026, are hereby **VACATED**.  A **further status conference** is hereby **SET** for **June 30, 2026, at 9:00 a.m.,** before the Honorable John A. Mendez.

Dated: May 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO SET STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT